DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of E.A.L., a child.

_____

E.L.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2113

_____

March 8, 2024

Appeal from the Circuit Court for Pinellas County; Sherwood S. Coleman, Judge.

Joseph Anthony Manzo, Largo, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee; and Robert Scavone, Jr. and Shannon McLin, Orlando, Pro Bono for the Statewide Guardian ad Litem Office Defending Best Interests Project, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

LaROSE, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.